PROB 12B
(NYEP-11/25/02)

# United States District Court

for the

### District of Connecticut   FILED

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**   2006 SEP -1  P 3: 50
*(Probation Form 49, Waiver of Hearing is Attached)*

U.S. DISTRICT COURT
BRIDGEPORT, CT

Name of Offender: **Travis Wright**              Case Number **02-CR-205-01**

Name of Sentencing Judicial Officer: **Stefan R. Underbill, U.S. District Court Judge**

Date of Original Sentence: **September 5, 2002**

Original Offense: **Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846**

Original Sentence: **22 months custody, 4 years supervised release, and a $100 special assessment.**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **March 24, 2003**

---

## PETITIONING THE COURT

☐   To extend the term of supervision for years, for a total term of years.

X   To modify the conditions of supervision as follows:

**The defendant shall participate in 56 hours of community service as approved by the Probation Department.**

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

The Probation Department seeks to modify the releasee's conditions of supervision to include fifty six hours (56) of community service as approved by the Probation Department to address the releasee's failure to submit monthly supervision reports and leaving the district without permission. On June 27, 2006, the undersigned officer made a home contact to Wright's residence located at 100-02 34th Ave Corona, NY. Undersigned confronted Wright about his failure to submit his monthly supervision report since March 2006. Wright apologized and advised that he was busy working and trying to purchase residential property in Houston, Texas. Notably, Wright's girlfriend, their son, and daughter relocated to Houston, Texas in June 2005. Undersigned questioned Wright about traveling to Houston, Texas without permission. Wright admitted that he traveled to Houston, Texas on three occasions for a one week period without permission. Wright noted that he believed permission to travel was not required since his case was transferred to an administrative caseload.

Due to the above-mentioned violations, the undersigned officer recommends a modification to include the imposition of community service for fifty-six (56) hours. Wright consented to the suggested modification of his supervision conditions as evidenced by the attached "Waiver of Hearing to Modify Conditions of Supervised Release" (Prob form 49) signed by him on June 30, 2006. We await your response since the ultimate decision rests with Your Honor.

Respectfully submitted by,

_Michelle Powell_
Michelle Powell
U.S. Probation Officer
Date: 6/30/06

Approved by,

_Kathleen M. Dunn_
Kathleen M. Dunn
Supervising U.S. Probation Officer
Date: 6/30/06

THE COURT ORDERS:

☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Other

Signature of Judicial Officer
Date: August 14, 2006

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF CONNECTICUT

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in 56 hours of community service as approved by the Probation Department.**

Witness: _Michelle A. Powell_
Michelle A. Powell
U.S. Probation Officer

Signed: _Travis Wright_
Travis Wright
Probationer or Supervised Releasee

6.30.06
DATE